186 So.2d 632

**Louis J. CARLES**

v.

**HARTFORD ACCIDENT & INDEMNITY COMPANY.**

No. 48192.

June 8, 1966.

In re: Louis J. Carles applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 184 So.2d 261.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment of the Court of Appeal.